IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| KENNETH HINTON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| MCT FEDERAL CREDIT UNION ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant MCT Federal Credit Union ("MCT"), by counsel, hereby removes the above matter to the United States District Court for the District of Maryland, Greenbelt Division, in support thereof, MCT states as follows:

1. This action was filed in the Circuit Court Montgomery County, Maryland on October 26, 2011. MCT was served with the Complaint on November 2, 2011. This Notice of Removal is filed on December 2, 2011, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question), in that Plaintiff seeks damages for alleged violations of "Regulation E," 12 C.F.R. § 205 *et seq.*, which contains the federal regulations implementing the Electronic Funds Transfers Act, 15 U.S.C. § 1693 *et seq.*

3. In addition or in the alternative to the jurisdiction conferred under 28 U.S.C. § 1331, on information and belief, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship), in that there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. MCT is a national credit union with its headquarters and "nerve center" in Maryland. *See Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1186 (U.S. 2010). Notwithstanding

Plaintiff's representation in his Complaint that he is a citizen of the State of Maryland, on October 27, 2011 (after this case was filed), Plaintiff filed a pleading with the United States District Court for the Central District of California in which he represented and affirmed that he was a citizen of the District of Columbia. *See* **Exhibit A** (unnumbered in original) pp.3, 5 of 18.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court for Montgomery County, Maryland are attached hereto as **Exhibit B**.

5. After filing this Notice of Removal, MCT shall promptly file with the Clerk of the Circuit Court for Montgomery County, Maryland a copy of the Notice of Filing of Notice of Removal and give prompt written notice thereof by service to all other parties. *See* 28 U.S.C. § 1446(d).

WHEREFORE, MCT, in accordance with the requirements set forth in 28 U.S.C. § 1446, removes this action to the United States District Court for the District of Maryland, Greenbelt Division.

December 2, 2011                                          Respectfully submitted,

_____
Amy S. Owen (USDC-MD Bar #07772)
Elizabeth S. Finberg (USDC-MD Bar #15815)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)
aowen@cochranowen.com
efinberg@cochranowen.com
*Counsel for Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Navy Federal Credit Union's Notice of Filing of Notice of Removal was served this 2d day of December 2011 via first class mail, postage prepaid, upon the following:

Kenneth Hinton
4139 Peppertree Lane
Silver Spring, MD 20906
*Plaintiff, Pro Se*

Elizabeth S. Finberg (USDC-MD Bar #15815)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)
efinberg@cochranowen.com
*Counsel for Navy Federal Credit Union*