**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **KENNETH HINTON,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: RWT 11cv3476 |
| **MCT FEDERAL CREDIT UNION,** | * | |
| Defendant. | * | |

## ORDER

On October 20, 2011, Plaintiff, proceeding *pro se*, filed a nine count Complaint in the Circuit Court for Montgomery County alleging: (1) civil conspiracy to defraud, (2) unfair and deceptive trade practices, (3) fraudulent intentional misrepresentation and negligence, (4) civil conspiracy, (5) violation of the Maryland Consumer Protection Act, (6) violation of Regulation E and Electronic Transfer Act, (7) breach of Duty of Care and Trust, (8) breach of Good Faith and Fair Dealing, and (9) mental anguish, emotional distress and physiological trauma resulting in PTSD.  Doc. No. 2.  On December 2, 2011, Defendant removed the case to federal court based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.  Doc. No. 1.

On December 9, 2011 Defendant filed a Motion to Dismiss for Failure to State a Claim. Doc. No. 16.  Plaintiff's response was due by December 27, 2011.  Rather than filing an opposition, on December 29, 2011, Plaintiff filed a "Stipulation of Voluntary Dismissal Without Prejudice."  Doc. No. 18.  On January 4, 2012, Defendant filed an opposition to Plaintiff's stipulation of dismissal without prejudice.  Doc. No. 19.

The Court, finding that Defendant has spent considerable time and resources in its preparation of its motion to dismiss and that Plaintiff's Complaint is meritless and lacks a claim

upon which relief can be granted, it is, this 10th day of January, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss, Doc. No. 16, is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that judgment for costs be entered for Defendant; and it is further

**ORDERED**, that the Clerk of Court is directed to close the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
